IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RICHARD L. DELEON AND § | |
| MICHAEL JARAMILLO § | |
| § | |
| v. § | CAUSE NO. 2:12-CV-00220 |
| § | |
| SAFARILAND, LLC § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiffs, RICHARD L. DELEON and MICHAEL JARAMILLO, and Defendant, SAFARILAND, LLC (collectively "Parties") and file this Joint Notice of Settlement, respectfully showing this Court the following:

1. In accordance with the Local Rule 16.3, the Parties hereby notify the Court that they have reached a settlement in the above-referenced cause.

2. The Parties hereby request that this matter be removed from the Court's trial docket and that all pending deadlines and hearings be terminated.

3. The Parties are currently working to formulate mutually agreeable closing documents memorializing their settlement. After such documents are finalized and executed, the Parties will file dismissal documents with this Court.

Respectfully submitted,

**HARTLINE DACUS BARGER DREYER LLP**

*/s/ Darrell L. Barger*
Darrell L. Barger (*Attorney-in-charge*)
Texas State Bar No. 01733800
Southern District Bar No. 646
J. Reid Simpson
Texas State Bar No. 24072343
Southern District Bar No. 1259919
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
Telephone: (361)866-8000
Facsimile: (361)866-8039

**ATTORNEYS FOR SAFARILAND, LLC**

AND

**HILLIARD MUNOZ GONZALES, LLP**

*/s/ Darrell L. Barger by permission*
Robert C. Hilliard
State Bar No. 09677700
Federal ID No. 5912
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78411
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**ATTORNEY FOR PLAINTIFF**

**OF COUNSEL:**

John Martinez
State Bar No. 24010212
Federal ID No. 23612
Catherine Tobin
State Bar No. 24013642
Federal ID No. 25316
Justin L. Williams
State Bar No. 21555800
Federal ID No. 331
Rudy Gonzales, Jr.
State Bar No. 08121700
Federal ID No. 1896
**HILLIARD MUNOZ GONZALES, LLP**
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78411
Telephone: (361) 882-1612
Facsimile: (361) 882-3015